IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS T JONES**                                                                                           **PETITIONER**
**ADC #149152**

**VS.**                                   **5:15-cv-00026-BRW-JTK**

**WENDY KELLEY, Director,**                                                                            **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Based on the Order entered in this case on this date, it is considered, ordered and adjudged that the petition for a writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED, this 30th day of December, 2015.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE